Miranda Du (NSB #5288)
McDONALD·CARANO·WILSON, LLP
100 W. Liberty Street, 10th Floor
P.O. Box 2670-2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Attorneys for SILVER LEGACY

Mark Mausert (NSB # 2398)
930 Evans Avenue
Reno, NV 89512
Telephone: (775) 786-5477
Facsimile: (775) 786-9658
Attorney for Plaintiff KIM BOHLMAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BOHLMAN,<br><br>              Plaintiff,<br><br>vs.<br><br>SILVER LEGACY CAPITAL CORP. dba<br>SILVER LEGACY CASINO, and DOES<br>I-X,<br><br>              Defendant.<br>_____/ | CASE NO. 3:05-cv-00666-RAM)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to dismiss the above-referenced action with prejudice and with each party bearing their own costs and attorneys' fees.

Dated: 8/29/07

By: _____
Mark Mausert (NSB # 2398)
930 Evans Avenue
Reno, NV 89512

Attorney for Plaintiff KIM BOHLMAN

Dated: August 30, 2007

McDONALD·CARANO·WILSON LLP

By: _____
Miranda Du
McDONALD·CARANO·WILSON, LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada 89505

Attorneys for SILVER LEGACY

# ORDER

IT IS SO ORDER.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE