```
1   Miranda Du (NSB #5288)
    McDONALD·CARANO·WILSON, LLP
2   100 W. Liberty Street, 10th Floor
    P.O. Box 2670-2670
3   Reno, Nevada 89505
    Telephone: (775) 788-2000
4   Facsimile: (775) 788-2020
    Attorneys for SILVER LEGACY
5
    Mark Mausert (NSB # 2398)
6   930 Evans Avenue
    Reno, NV 89512
7   Telephone: (775) 786-5477
    Facsimile: (775) 786-9658
8   Attorney for Plaintiff KIM BOHLMAN
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIM BOHLMAN, | CASE NO. 3:05-cv-00666-RAM) |
| Plaintiff, | **STIPULATION AND ORDER FOR** |
| vs. | **DISMISSAL WITH PREJUDICE** |
| SILVER LEGACY CAPITAL CORP. dba SILVER LEGACY CASINO, and DOES I-X, | |
| Defendant. | |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree to dismiss the above-referenced action with prejudice and with each party bearing their own costs and attorneys' fees.

Dated: 8/29/07                              Dated: August 30, 2007

                                            McDONALD·CARANO·WILSON LLP

By: /s/ Mark Mausert                        By: /s/
Mark Mausert (NSB # 2398)                   Miranda Du
930 Evans Avenue                            McDONALD·CARANO·WILSON, LLP
Reno, NV 89512                              100 W. Liberty Street, 10th Floor
                                            Reno, Nevada 89505
Attorney for Plaintiff KIM BOHLMAN
                                            Attorneys for SILVER LEGACY

# ORDER

IT IS SO ORDER.

DATED: September 11, 2007

_____
UNITED STATES MAGISTRATE JUDGE